UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                              Case No: 12-31245-BKC-JKO
                                                    Chapter 13
LASCELLES D. PRYCE, JR.

_____Debtor_____/

## DEBTOR'S MOTION TO MODIFY PLAN AND CONFIRM MODIFIED PLAN

COMES NOW the Debtor, LASCELLES D. PRYCE, by and through his undersigned attorney, and herein moves this court to confirm the Eighth Modified Chapter 13 Plan and would state:

1. The Debtor has been approved for a permanent mortgage modification with Ocwen Loan Servicing.

2. The Debtor wishes to take the permanent mortgage payment out of the Plan and pay the secured creditor direct as the additional Trustee fee is causing the Debtor a financial hardship.

3. The Debtor has been advised that he is losing the bankruptcy protection by taking the mortgage payment out of the plan and has elected to do so in order to afford the plan payments.

4. No creditor would be prejudiced in that the Debtor has paid $39,887.01 into the plan as of July 2, 2014 and is now current under the Eighth Modified Chapter 13 Plan attached hereto.

WHEREFORE, the Debtor prays that this court grant the relief requested based upon the aforementioned grounds.

Dated: July 11, 2014                BARRY S. MITTELBERG, P.A.
                                    Attorneys for Debtor(s)
                                    1700 University Dr., #300
                                    Coral Springs, FL 33071
                                    (954) 752-1213

                                    By: /s/ Barry S. Mittelberg
                                        Barry M. Mittelberg
                                        Florida Bar No. 396567

                                    I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).